UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                   :

IN RE SUBPOENAS SERVED ON BARCLAYS BANK  :
PLC; BANK OF AMERICA, N.A.; CITIBANK N.A.;       :
COMMERZBANK AG; DEUTSCHE BANK TRUST      :          23-MC-265 (JMF)
COMPANY AMERICAS; HSBC BANK USA, N.A.; JP  :
MORGAN CHASE BANK, N.A.; STANDARD             :           ORDER
CHARTERED USA; UBS AG, STAMFORD BRANCH;  :
and WELLS FARGO BANK, N.A.:                                :
                                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 9, 2023, the Republic of Djibouti filed a motion to quash non-party subpoenas served by Respondent Doraleh Container Terminal SA in connection with a case pending in the United States District Court for the District of Columbia.  ECF Nos. 1-3.  Based on a quick review of the motion papers, the Court is inclined to believe that the issues may be more appropriately decided by the judge presiding over the underlying matter and that transfer to the United States District Court for the District of Columbia pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate.  **Movant and Respondent shall promptly confer and, no later than August 21, 2023, file a joint letter indicating whether they agree that such transfer would be appropriate.**

       Unless and until the Court orders otherwise, no later than **August 17, 2023**, Movants shall serve this Order and (unless already served) its motion papers, electronically and/or by overnight courier, on Respondent and file proof of such service on the docket.  Unless and until the Court orders otherwise, any opposition to the motion shall be filed by **August 25, 2023**, and any reply shall be filed by **September 1, 2023**.

       SO ORDERED.

Dated: August 16, 2023                         _____
       New York, New York                           JESSE M. FURMAN
                                                        United States District Judge