UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                    :

IN RE SUBPOENAS SERVED ON BARCLAYS BANK   :
PLC; BANK OF AMERICA, N.A.; CITIBANK N.A.;   :
COMMERZBANK AG; DEUTSCHE BANK TRUST   :
COMPANY AMERICAS; HSBC BANK USA, N.A.; JP   :        23-MC-265 (JMF)
MORGAN CHASE BANK, N.A.; STANDARD   :
CHARTERED USA; UBS AG, STAMFORD BRANCH;   :        ORDER
and WELLS FARGO BANK, N.A.:   :
                    :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 17, 2023, Movant Republic of Djibouti and Respondent Doraleh Container Terminal SA filed a joint letter consenting to the transfer of this case to the United States District Court for the District of Columbia and to the presiding judge in *Doraleh Container Terminal SA v. Republic of Djibouti*, No. 1:20-cv-02571 (D.D.C.), pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.  *See* ECF No. 9.  Accordingly, this case is hereby TRANSFERRED.

The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Columbia **immediately**, without regard to Local Rule 83.1.

SO ORDERED.

Dated: August 17, 2023
      New York, New York            _____
                                       JESSE M. FURMAN
                                  United States District Judge